E-FILED
Wednesday, 24 August, 2005  05:04:24 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| **ROSEN'S, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 05-3222 |
| | ) |
| **DUESTERHAUS FERTILIZER, INC.,** | ) |
| | ) |
| Defendant. | ) |

### OPINION ORDERING REPLEVIN

On Emergency Motion on the Amended Complaint of the Plaintiff **ROSEN'S, INC.,** that an Order for Replevin issue without notice to the Defendants, the Court finds:

1. Summary seizure of the:

    ___X___ inventory of agriculture products that originated from Rosen's

    ___X___ any tanks that were provided by Rosen's

without notice to the Defendant **DUESTERHAUS FERTILIZER, INC.** is justified by reason of the necessity to protect the Plaintiff from an immediately impending harm which will result from the imminent sale, transfer or assignment of the property in derogation of Plaintiff's rights in the property.  735 ILCS § 5/19-106(4).

2. The Plaintiff has established a prima facie case to a superior right to possession of the disputed property and has demonstrated to the Court the probability that the Plaintiff will ultimately prevail on the underlying claim for possession.

IT IS THEREFORE ORDERED that the Sheriff of Adams County, Illinois, or such other officer to whom this is directed, upon receiving from the Plaintiff, or someone else on its behalf, a bond with sufficient security in double the value of the property specified above and described in

Count I of the Amended Complaint herein about to be replevied and in the listings and descriptions attached to the Affidavit of Stephen E. Guetter submitted by Plaintiff in support of its Emergency Motion for Order for Replevin Without Notice, take the property specified above of the Defendant Duesterhaus Fertilizer, Inc., that may be found in Adams County, Illinois, and deliver it to the Plaintiff unless such Defendant executes a bond and security in double the value of the property specified above and described in Count I of the Amended Complaint and in the Stephen E. Guetter Affidavit, in which case the Sheriff or other officer shall return said bond so taken, together with this Order, to the Clerk of the United States District Court for the Central District of Illinois, Springfield Division, and that the Sheriff or other officer summon Defendant Duesterhaus Fertilizer, Inc. to answer the Amended Complaint in this cause by filing an Answer or appearance with said Clerk of the Court in Suite 151 of the United States Courthouse, 600 E. Monroe Street, Springfield, IL 62701, on or before 1:30 P.M., August 29, 2005, or in case the property or any part thereof is not found, to answer the Plaintiff for the value of the same.

ENTERED: August 24, 2005                                   s/ Richard Mills
                                                        United States District Judge