UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ROSEN'S, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   05-3222 |
| | ) |
| DUESTERHAUS FERTILIZER, INC., | ) |
| | ) |
| Defendant. | ) |

## **OPINION**

RICHARD MILLS, U.S. District Judge

The Court now considers Defendant Duesterhaus Fertilizer, Inc.'s Motion to Continue. In support of its motion, the Defendant states:

1. Plaintiff in this cause filed its Complaint on August 11, 2005 and amended that Complaint on August 19, 2005.

2. The Defendant was served with process on August 25, 2005.

3. A hearing is scheduled for August 29, 2005 at 1:30 p.m. for further proceeding upon the emergency replevin order.

4. The parties wish to continue the August 29 hearing and to

continue this case generally.

5. The parties agree that the Defendant will respond to the Plaintiff's Amended Complaint within 21 days.

6. This parties ask that they be granted leave to request further hearings in the case.

The Court finds the motion to be well supported.

Ergo, the Agreed Motion to Continue (d/e 18) is ALLOWED. The parties are directed to file a status report by October 14, 2005.

IT IS SO ORDERED.

ENTER: August 29, 2005

FOR THE COURT:

s/ Richard Mills
United States District Judge