IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |  |
|---|---|---|
| ROSEN'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-3222 |
| | ) | |
| DUESTERHAUS FERTILIZER, | ) | |
| INC., and PAUL J. DUESTERHAUS, | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

RICHARD MILLS, U.S. District Judge

On November 10, 2005, the Court directed the parties to show cause why this case should not be dismissed due to the Defendants' intervening Chapter 11 bankruptcy. On July 5, 2006, Plaintiff Rosen's responded by saying that it did not object to a dismissal without prejudice. See d/e 24.

The Defendants have not responded to the November 10, 2005, Order or the Plaintiff's July 5 response. The Court, therefore, deems the Defendants to have no objection to a dismissal.

1

**ERGO**, this case is DISMISSED WITHOUT PREJUDICE.  The case is CLOSED.

IT IS SO ORDERED.

ENTER:   August 1, 2006

FOR THE COURT:                              s/ Richard Mills
                                            United States District Judge